IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 12-cv-00389-MSK-MEH | Date:   August 7, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

PETER DAWSON and                                                           Erin Kristofco
NANCY DAWSON,

     Plaintiffs,

vs.

STATE FARM FIRE AND CASUALTY COMPANY,            Sheryl Anderson
                                                                                                         Marilyn Chappell

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**     3:14 p.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Plaintiffs' Motion to Compel Certain State Farm Claims Handling Guidelines and Adjuster Training Materials, without a Protective Order (Doc. #16, filed 6/25/12) and Plaintiffs' Motion to Compel Substantive Answers to Requests for Admission, and Production of Certain State Farm Claims Handling Documents (Doc. #17, filed 6/25/12).

**ORDERED:**  1.   Plaintiffs' Motion to Compel Certain State Farm Claims Handling Guidelines and Adjuster Training Materials, without a Protective Order (Doc. #16, filed 6/25/12) is DENIED as stated on the record.

                2.   Plaintiffs' Motion to Compel Substantive Answers to Requests for Admission, and Production of Certain State Farm Claims Handling Documents (Doc. #17, filed 6/25/12) is GRANTED in part and DENIED without prejudice in part as stated on the record.  Defendant shall provide a privilege log to the Court by e-mail by close of business on **August 13, 2012.**

                3.   A Telephonic Status Conference is set for **August 16, 2012, at 9:30 a.m.** If counsel wish to appear by telephone, they shall first conference together and then contact the Court's chambers at (303)844-4507 at the time of the hearing.

    4.  The following deadlines are extended:

- Fact discovery: **November 1, 2012**
- Expert discovery: **January 28, 2013**
- Plaintiffs' expert designation: **November 1, 2012**
- Defendant's expert designation: **November 30, 2012**
- Rebuttal expert designation: **December 17, 2012**
- Dispositive motions: **February 19, 2013**

**Court in recess:** 4:42 p.m.  **(Hearing continued/concluded)**
**Total time in court:** 1:28