IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-00389-MSK-MEH

PETER DAWSON; and
NANCY DAWSON,

        Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY, an Illinois company,

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion for Dismissal with Prejudice **(#40)** filed October 15, 2012. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED** and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 18th day of October, 2012.

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge